## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-08843-JJG-13 |
| Roosevelt James<br>Josephine Marie James | Chapter 13 |
| Debtors. | Judge Jeffrey J. Graham |

### NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S.

Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of PAC-

PERL, LLC, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Mark S. Zuckerberg, Debtors' Counsel
filings@mszlaw.com

John Morgan Hauber, Trustee
ecfmail@hauber13.com

Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on January 13, 2020, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Roosevelt James, Debtor
PO Box 1306
Muncie, IN 47308

Josephine Marie James, Debtor
PO Box 1306
Muncie, IN 47308

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor