United States Bankruptcy Court
Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 19-08843-JJG |
| Roosevelt James | Chapter 13 |
| Josephine Marie James | |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 18, 2020 | Form ID: s013240 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Roosevelt James, Josephine Marie James, PO Box 1306, Muncie, IN 47308-1306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020          Signature:      /s/Joseph Speetjens

SO ORDERED: November 18, 2020.



*Jeffrey J. Graham*
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S013240 (rev 05/2019)

In re:

**Roosevelt James**,
**Josephine Marie James**,
    Debtors.

Case No. **19–08843–JJG–13**

### ORDER SETTING HEARING
### ON OBJECTION TO CONFIRMATION OF AMENDED PLAN

An Objection to Confirmation of Amended Plan was filed on November 18, 2020, by the Trustee John Morgan Hauber. The Court finds that it is appropriate to shorten the notice time required by Fed.R.Bankr.P. 2002(b)(3).

**IT IS ORDERED** that a confirmation hearing on the Objection to Confirmation of Amended Plan will be held as follows:

    Date:  December 8, 2020
    Time:  02:30 PM EST
    Place: 877–848–7030; access code 8891756

After a plan has been confirmed, it may be modified only to the extent and under the conditions stated in 11 U.S.C. § 1329.

**IT IS FURTHER ORDERED** that only the debtors, trustee, and filing party receive notice of this hearing.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

The Clerk's Office will distribute this order.

###